JS - 6

*[ENTERED stamp: NOV 21 2012, CENTRAL DISTRICT OF CALIFORNIA]*
*[FILED stamp: NOV 20 2012, CENTRAL DISTRICT OF CALIFORNIA]*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. SACV 09-04381-MLG |
| Plaintiff, ) | and related case, |
| v. ) | Case No. SACV 09-00716-MLG |
| $1,026,781.61 IN FUNDS FROM ) | JUDGMENT |
| FLORIDA CAPITAL BANK, ) | |
| Defendant. ) | |

IT IS ADJUDGED that Claimants' Motion for Summary Judgement is GRANTED and the Complaint is DISMISSED with Prejudice.

Dated: November 20, 2012

_____
MARC L. GOLDMAN
Marc L. Goldman
United States Magistrate Judge