cc: Fiscal

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 2:09-cv-04381-JVS-AN |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION [464]** |
| v. | |
| $1,026,781.61 IN FUNDS FROM FLORIDA CAPITAL BANK, | |
| Defendant. | |
| LONNIE KOCONTES AND KATHERINE KERN, | |
| Claimants. | |

//

//

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. $526,781.61 in bank funds shall be transferred to the California Department of Corrections and Rehabilitation to be applied to any restitution orders entered in the related criminal case entitled <u>The People of the State of California v. Lonnie Kocontes</u>, Orange County Superior Court Case No. 132F0163, in which claimant Kocontes is named as a defendant;

2. This action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

3. Pursuant to 28 U.S.C. § 2465, Claimants are entitled to an award of attorneys' fees and other litigation costs in the amount of $290,189.54.

Dated: January 08, 2026

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE