UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  2:09-cv-04381-JVS(ANx)  Date  January 13, 2026

Title  United States of America v. $1,026,781.61 In Funds From Florida Capital Bank

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    **[IN CHAMBERS] Order to Show Cause re Deposit of Funds**

On March 11, 2013, the United States Court of Appeals for the Ninth Circuit granted the partial release of funds, ordering the deposit of $500,000 with the Clerk of the District Court for the Central District of California.  (Order, Dkt. No. 277.)  As directed by the Order, the Court made disbursements on May 2, 2013, December 15, 2014, and October 26, 2017, to fund ordinary and necessary expenses to defend Claimant Kocontes against the pending murder charge in the Superior Court of California, County of Orange.  (Id.)  As of January 13, 2026, $1,409.22 in funds remains in the Court's registry.

Accordingly, the Court hereby **ORDERS** Plaintiff to show cause in writing no later than **January 23, 2026**, why the funds in the amount of $1,409.22 should not be transferred to claimants in this action.  If Plaintiff does not show cause by January 23, 2026, the funds including any interest will be transferred to claimants.

**IT IS SO ORDERED.**

cc: Fiscal